IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER CABEZAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:23-CV-02453-N |
| | § | |
| MR. COOPER GROUP INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF CONSOLIDATION

Pursuant to FED. R. CIV. P. 42(a), the following cases are hereby consolidated with 3:23-CV-2453-N:

   3:23cv2468-N; Pollard v. Mr. Cooper Group Inc.

   3:23cv2485-N; Siegal, et al. v. Mr. Cooper Group Inc.

   3:23cv2507-N; Randall v. Mr. Cooper Group Inc.

   3:23cv2522-N; Granados v. Mr. Cooper Group Inc.

   3:23cv2524-N; Walker v. Nationstar Financial Inc., et al.

   3:23cv2528-N; LaPertche v. Mr. Cooper Group Inc.

   3:23cv2561-N; Borge v. Mr. Cooper Group Inc.

   3:23cv2562-N; Stump v. Mr. Cooper Group Inc.

   3:23cv2572-N; Turturro v. Mr. Cooper Group Inc.

   3:23cv2592-N; Short, et al. v. Mr. Cooper Group Inc.

   3:23cv2733-N; Robertson v. Nationstar Financial Inc., et al.

   3:23cv2756-N; Crawford v. Nationstar d/b/a Mr. Cooper

3:23cv2814-N; Martinez, et al. v. Nationstar Mortgage LLC

3:23cv2842-N; Garrigo v. Nationstar Mortgage LLC, et al.

3:23cv2873-N; Archer v. Mr. Cooper Group Inc.

3:23cv2886-N; Penrhyn v. Nationstar Financial Inc., et al.

3:24cv0021-N; McCartney v. Nationstar d/b/a Mr. Cooper

3:24cv0050-N; Schwartz v. Nationstar Mortgage LLC, et al.

3:24cv0064-N; Watson v. Nationstar Financial Inc., et al.

Pursuant to L.R. 42.1, all pleadings, motions, or other papers will be filed in Civil Action No. 3:23cv2453-N.

The clerk of court shall administratively close:

3:23cv2468-N; Pollard v. Mr. Cooper Group Inc.

3:23cv2485-N; Siegal, et al. v. Mr. Cooper Group Inc.

3:23cv2507-N; Randall v. Mr. Cooper Group Inc.

3:23cv2522-N; Granados v. Mr. Cooper Group Inc.

3:23cv2524-N; Walker v. Nationstar Financial Inc., et al.

3:23cv2528-N; LaPertche v. Mr. Cooper Group Inc.

3:23cv2561-N; Borge v. Mr. Cooper Group Inc.

3:23cv2562-N; Stump v. Mr. Cooper Group Inc.

3:23cv2572-N; Turturro v. Mr. Cooper Group Inc.

3:23cv2592-N; Short, et al. v. Mr. Cooper Group Inc.

3:23cv2733-N; Robertson v. Nationstar Financial Inc., et al.

3:23cv2756-N; Crawford v. Nationstar d/b/a Mr. Cooper

    3:23cv2814-N; Martinez, et al. v. Nationstar Mortgage LLC

    3:23cv2842-N; Garrigo v. Nationstar Mortgage LLC, et al.

    3:23cv2873-N; Archer v. Mr. Cooper Group Inc.

    3:23cv2886-N; Penrhyn v. Nationstar Financial Inc., et al.

    3:24cv0021-N; McCartney v. Nationstar d/b/a Mr. Cooper

    3:24cv0050-N; Schwartz v. Nationstar Mortgage LLC, et al.

    3:24cv0064-N; Watson v. Nationstar Financial Inc., et al.

for statistical purposes.

    Signed January 9, 2024.

                                                    David C. Godbey
                                       Chief United States District Judge