UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER CABEZAS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>MR. COOPER GROUP INC.,<br><br>*Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § | Case No. 3:23-cv-02453-N<br><br>Consolidated with:<br>3:23-cv-02468-N<br>3:23-cv-02485-N<br>3:23-cv-02507-N<br>3:23-cv-02522-N<br>3:23-cv-02524-N<br>3-23-cv-02528-N<br>3:23-cv-02561-N<br>3:23-cv-02562-N<br>3-23-cv-02572-N<br>3:23-cv-02592-N<br>3-23-cv-02733-N<br>3:23-cv-02756-N<br>3:23-cv-02814-N<br>3:23-cv-02842-N<br>3:23-cv-02873-N<br>3:23-cv-02886-N<br>3:24-cv-00021-N<br>3:24-cv-00050-N<br>3:24-cv-00064-N |

**ORDER GRANTING
MR. COOPER'S AGREED MOTION FOR RELIEF RELATED TO CONSOLIDATION**

After considering Mr. Cooper Group Inc.'s ("Mr. Cooper") Agreed Motion for Relief Related to Consolidation, the Court **ORDERS** as follows:

1. The parties in *Cabezas v. Mr. Cooper Group, Inc.* (3:23-cv-0245) and the 19 cases consolidated with *Cabezas* by the Order of Consolidation (ECF No. 24) (together, the "Consolidated Cases") shall provide the Court with an agreed-upon schedule with proposed deadlines for (a) the submission of any other motions for appointment of interim lead counsel and responses; (b) Plaintiffs to file a consolidated complaint; and (c) Mr. Cooper to answer, move, or otherwise respond to the consolidated complaint;

2. All of the Consolidated Cases are otherwise stayed until further order of the Court.

Signed on January 17, 2024.

_____
David C. Godbey
Chief United States District Judge