### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER CABEZAS, et al | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | §    Case No. 3:23-cv-02453-N |
| | § |
| | § |
| MR. COOPER GROUP, INC. | § |
| *Defendant* | § |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

 Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman                          , with offices at

 227 W. Monroe Streret, Suite 2100
(Street Address)

 Chicago                                          IL                      60606
(City)                                           (State)                  (Zip Code)

 (866) 252-0878                                    (865) 522-0049
(Telephone No.)                                   (Fax No.)


**II.**    Applicant will sign all filings with the name  Gary M. Klinger                              .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

 Plaintiffs Larry Siegal, Steven Chojnicki, Kevin Dowd and Jose Ignacio Garrigo.



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Illinois_____, where Applicant regularly practices law.

Bar license number: 6303726          Admission date: 11/04/2010_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                    Active or Inactive:

_See attached._____        _____          _____

_____        _____          _____

_____        _____          _____

_____        _____          _____

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

 N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

 N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

 N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

 See attached.          _____

_____          _____

_____          _____
(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

 Joe Kendall of Kendall Law Group, PLLC          , who has offices at

 3811 Turtle Creek Boulevard, Suite 825
(Street Address)

 Dallas                    TX          75219
(City)                    (State)          (Zip Code)

 (214) 744-3000                (214) 744-3015
(Telephone No.)              (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  12  day of February          , 2024      .

 Gary M. Klinger
Printed Name of Applicant

*Gary M. Klinger*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**EXHIBIT A**

| Court: | Date of Admission: |
| --- | --- |
| State Bar of Illinois | 11/4/2010 |
| U.S. District Court for the District of Colorado | 9/23/2019 |
| U.S. District Court for the Central District of Illinois | 7/2015 |
| U.S. District Court for the Northern District of Illinois | 5/25/2012 |
| U.S. District Court for the Southern District of Illinois | 12/30/2020 |
| U.S. District Court for the Northern District of Indiana | 1/30/2020 |
| U.S. District Court for the Southern District of Indiana | 3/21/2019 |
| U.S. District Court for the Eastern District of Michigan | 3/24/2020 |
| U.S. District Court for the Western District of Michigan | 1/17/2023 |
| U.S. District Court for the District of Nebraska | 8/20/2019 |
| U.S. District Court for the Northern District of Ohio | 5/23/2023 |
| U.S. District Court for the Eastern District of Texas | 10/11/2019 |
| U.S. District Court for the Western District of Texas | *PENDING* |
| U.S. District Court for the Eastern District of Wisconsin | 8/12/2021 |
| U.S. Court of Appeals for the 2nd Circuit | 4/18/2022 |

*PRO HAC VICE* APPLICATIONS
OF GARY M. KLINGER

| Date of Application | Case No. and Style |
| --- | --- |
| 1/26/2024 | 3:22-cv-02573, Fedorys v. Ethos Group, Inc. |
| 4/19/2023 | 3:23-cv-00744, Kolb et al v. Conifer Value-Based Care LLC et al |
| 12/22/2022 | 4:22-cv-01123-O-BJ, Kauffman, et al v. American Airlines |
| 11/21/2022 | 3:22-cv-01711, Cline v. Inline Network Integration LLC |
| 4/26/2022 | 3:22-cv-00834, Oche v. National Math and Science Initiative |
| 2/24/2022 | 4:22-cv-00097, Perlingiero v. Astoria Company LLC |
| 6/30/2021 | 3:21-cv-01444, Heath, et al v. Insurance Technologies Corp., et al |
| 4/13/2021 | 3:21-cv-00769-K Stroman, et al v. Dickeys BBQ Restaurants |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Gary Michael Klinger

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/2010 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of February, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JENNIFER CABEZAS, individually**<br>**and on behalf of all others similarly**<br>**situated,** | § <br> § <br> § <br> § | |
| **Plaintiff,** | § | **Case Number 3:23-cv-02453-N** |
| | § | |
| v. | § | |
| | § | |
| **MR. COOPER GROUP, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission Pro Hac Vice of Gary M. Klinger.

It is ORDERED that:

☐    the application is granted.   The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.   It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days.   See LR 5.1(f) and LCrR 49.2(g).

☐    the application is denied.   The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                                                    PRESIDING JUDGE