IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER CABEZAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  3:23-CV-2453-N |
| § | (Related Case No. 3:24-CV-1043-N) |
| MR. COOPER GROUP INC, § | |
| § | |
| Defendant. § | |

### ORDER OF CONSOLIDATION

Pursuant to FED. R. CIV. P. 42(a), the following case is hereby consolidated with 3:23-CV-2453-N:

3:24cv1043-N; Randles v. Mr. Cooper Group, Inc., et al.

Pursuant to L.R. 42.1, all pleadings, motions, or other papers will be filed in Civil Action No. 3:23cv2453-N.

The clerk of court shall administratively close 3:24cv1043-N; Randles v. Mr. Cooper Group, Inc., et al.  for statistical purposes.

Signed January 9, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE