UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER CABEZAS et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC. and NATIONSTAR MORTGAGE LLC d/b/a Mr. COOPER<br><br>Defendants. | § § § § § § § § § § § § § § | Case No. 3:23-cv-02453-N |

**ORDER GRANTING AGREED JOINT MOTION ON A SCHEDULE TO FILE A CONSOLIDATED COMPLAINT AND SET BRIEFING SCHEDULE ON RESPONSIVE MOTION**

Having considered the Agreed Joint Motion on a Schedule to File a Consolidated Complaint and Set Briefing Schedule on Responsive Motion ("Joint Motion"), and for good cause shown, the Court hereby GRANTS the Joint Motion and ORDERS as follows:

a. July 15, 2024 – last day for Plaintiffs to file Consolidated Complaint

b. September 13, 2024 – last day for Defendants to file Motion to Dismiss

c. November 12, 2024 – last day for Plaintiffs to file Opposition to Motion to Dismiss

d. December 12, 2024 – last day for Defendants to file Reply in support of Motion to Dismiss

Signed June 25, 2024.

_____
David C. Godbey
Chief United States District Judge