UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER CABEZAS, individually and on behalf of others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) MR. COOPER GROUP, INC. ) ) Defendant. ) ) | Case No. 3:23-cv-02453-N  **ORDER GRANTING MOTION FOR WITHDRAWAL OF JASON P. JOHNSTON AS COUNSEL** |

Before this Court is Plaintiff Rey Borge's Unopposed Motion to Withdraw Jason P. Johnston as Counsel ("Motion"). Having considered it, the Court hereby **GRANTS** the Motion. It is therefore hereby **ORDERED** that Jason P. Johnston is no longer counsel in the above referenced matter.

Signed July 1, 2024.

David C. Godbey
Chief United States District Judge