IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER CABEZAS, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>MR. COOPER GROUP INC.,<br><br>      Defendant. | Case No. 3:23-cv-02453-N<br><br>**UNOPPOSED MOTION FOR WITHDRAWAL OF SARA H. CHELETTE AND CHRISTOPHER W. PATTON AS COUNSEL** |

      Pursuant to Local Rule 83.12, Plaintiff Jerold Short and Carlette Short ("Plaintiffs") hereby request that Sara H. Chelette and Christopher W. Patton be permitted to withdraw as counsel of record for the Plaintiffs in this matter. Ms. Chelette and Mr. Patton were serving as local counsel in this matter, and there is no longer a need for that role given the appointment of class counsel. Plaintiffs will continue to be represented by Mr. Norman Siegel of Stueve Siegel Hanson LLP, (460 Nichols Road, Suite 200, Kansas City, Missouri 64112, telephone number 816-714-7112) and other appointed class counsel in this matter. Consequently, the withdrawal of Ms. Chelette and Mr. Patton will not delay this proceeding nor unfairly prejudice any party. Counsel for Plaintiff has conferred with counsel for Defendant Mr. Cooper Group, Inc., and Defendant has no objection to Ms. Chelette and Mr. Patton's withdrawal.

DATED: August 21, 2024        Respectfully Submitted,

/s/ *Sara Hollan Chelette*
Sara Hollan Chelette
Texas Bar No. 24046091
schelette@lynnllp.com
Christopher W. Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on August 21, 2024 the undersigned conferred with counsel for defendant Mr. Cooper Group, Inc. concerning this motion, and that Mr. Cooper Group, Inc. does not oppose to this motion.

*/s/ Sara H. Chelette*
Sara H. Chelette

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the court's e-file system on August 21, 2024.

*/s/ Sara H. Chelette*
Sara H. Chelette