# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **JENNIFER CABEZAS,** *et. al.*, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>**MR. COOPER GROUP, INC.** and **NATIONSTAR MORTGAGE LLC** d/b/a **MR. COOPER**<br><br>DEFENDANTS. | Case No. **3:23-cv-02453-N** |

## ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL OF BRYAN THOMPSON AS COUNSEL FOR PLAINTIFF SCOTT ARCHER AND JEFF PRICE

Before this Court is Plaintiff Scott Archer and Jeff Prices' Unopposed Motion for Withdrawal of Bryan Paul Thompson as Counsel ("Motion"). Having considered it, the Court hereby **GRANTS** the Motion.

It is therefore hereby **ORDERED** that Bryan Paul Thompson is no longer counsel in the above referenced matter.

Signed this 3rd day of January, 2025.

_David C. Godbey_
David C. Godbey
Chief United States District Judge