# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHEN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **JENNIFER CABEZAS**, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **MR. COOPER GROUP, INC. and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER**, <br> Defendants. | Case No. 3:23-CV-2453-N |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND CORPORATE REPRESENTATIVE WITNESS FOR DEPOSITION

Plaintiffs Jose Ignacio Garrigo, Izabela Debowcsyk, Joshua Watson, Brett Padalecki, Chris Leptiak, Denver Dale, Emily Burke, Mary Crawford, Kay Pollard, Jonathan Josi, Jeff Price, Mychael Marrone, Katy Ross, Lynette Williams, Karen Lynn Williams, Gary Allen, Larry Siegal, Rohit Burani, Elizabeth Curry, Justin Snider, Linda Hansen, and Deira Robertson (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 37 (a)(3)(B)(iv), hereby bring this motion against Defendants Mr. Cooper Group, Inc. and Nationstar Mortgage LLC d/b/a Mr. Cooper (collectively, "Defendants" or "Mr. Cooper"), and ask the Court to compel production of certain documents and testimony on certain corporate representative deposition topics. As further outlined in the attached Brief in Support, Plaintiffs' requests and topics are narrowly tailored to seek documents that will provide common proof regarding Mr. Cooper's misconduct and the harm it caused to all class members for purposes of class certification. Accordingly, Plaintiffs respectfully request that the Court compel Mr. Cooper's compliance with these request and topics.

1

Dated: September 11, 2025											Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: 866-252-0878
gklinger@milberg.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

Norman E. Siegel (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

*Interim Co-Lead Counsel for Plaintiffs*

**FED. R. CIV. P. 37(A)(1) CERTIFICATION**

I hereby certify that that pursuant to Fed. R. Civ. P. 37(a)(1), Plaintiffs have in good faith conferred with counsel for Mr. Cooper regarding the subject matter of this Motion in an effort to obtain the relief requested without Court intervention.

/s/ *Gary M. Klinger* _____
Gary M. Klinger

**L.R. 7.1(B) CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(b), Plaintiffs have in good faith conferred with counsel for Defendants, and this Motion is opposed. Beginning on July 31, 2025, counsel for Plaintiffs Norman Siegel, Benjamin Stueve, Tanner Edwards, Alexander Wolf, conferred via videoconference with counsel for Defendants Christina Hennecken, Kyle Tayman, Allison Funk, Allison Schoental, and Thomas Yoxall in an attempt to resolve these discovery disputes; on August 19, 2025, counsel for Plaintiffs Benjamin Stueve, Ronald Podolny, Bruce Steckler, and Will Edelman and counsel for Defendants Christina Hennecken, and Kyle Tayman again met and conferred via videoconference; on August 20, 2025, the Parties again met and conferred via videoconference, but an agreement could not be reached because the parties fundamentally disagree regarding the extent to which class certification discovery may permissibly overlap with the underlying merits of Plaintiffs' claims.

/s/ *Gary M. Klinger* _____
Gary M. Klinger

**CERTIFICATE OF SERVICE**

I hereby certify that that on September 11, 2025 the foregoing Motion and the attached Memorandum in Support were filed via the Court's ECF system, which will cause a true and

correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Gary M. Klinger*  
Gary M. Klinger