IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER CABEZAS, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:23-CV-02453-N |
| MR. COOPER GROUP INC, | § § | |
| Defendant. | § § | |

## ORDER

It is hereby ORDERED that an expedited telephone conference is scheduled in this case on Monday, September 22, 2025, at 5:00 p.m. CST on Plaintiffs' Motion to Compel [142]. Defendant's response to the motion is due on Friday, September 19, 2025, at 12:00 noon CST.

If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order. Call-in information for the conference call will be emailed to the parties.

Signed September 12, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE