**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JENNIFER CABEZAS *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>    Defendants. | Civil Action No. 3:23-CV-2453-N |

**JOINT MOTION TO MODIFY CLASS CERTIFICATION SCHEDULING ORDER**

1

Plaintiffs Jennifer Cabezas et al. ("Plaintiffs") and Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Mr. Cooper Group Inc. (collectively, "Mr. Cooper"), jointly move for an order extending deadlines in the Class Certification Scheduling Order, as modified by the Court (Dkt. 141).

1. On July 22, 2025, the Court issued an order denying in part and granting in part Mr. Cooper's Motion to Dismiss Consolidated Class Action Complaint. Dkt. 124.

2. On July 25, 2025, the Court issued its Class Certification Scheduling Order. Dkt. 126.

3. On August 19, 2025, at Plaintiffs' request, the Court entered an order modifying its Class Certification Scheduling order by extending certain deadlines. Dkt. 141.

4. Currently, Plaintiffs' deadline to serve their Motion for Class Certification and supporting expert reports upon Mr. Cooper is November 24, 2025; class certification discovery closes March 30, 2026; Mr. Cooper's deadline to serve its Opposition to Motion for Class Certification and supporting expert reports upon Plaintiffs is April 14, 2026; Plaintiffs' deadline to serve their reply in support of Motion for Class Certification with supporting rebuttal experts is May 14, 2026; and Plaintiffs' deadline to file all Class Certification briefing with the Court is May 29, 2025. *Id.*

5. Following the Motion to Dismiss order, the parties served and responded to discovery and conferred repeatedly by videoconference and in writing, but reached an impasse on multiple issues.

6. On September 11, 2025, Plaintiffs filed their Motion to Compel Production of Documents and Corporate Representative Witness for Deposition. Dkt. 142. At issue in the Motion to Compel are four document requests and thirteen deposition topics. Mr. Cooper opposed the

Motion to Compel on September 19, 2025. Dkt. 147. On September 22, 2025, the Court took the Motion to Compel under submission. Dkt. 149. The Motion remains pending.

7. The parties have continued to engage in discovery, including document requests, interrogatories, 30(b)(6) deposition topics, and discovery from multiple third-parties. While the parties are working diligently, including with third-parties, discovery remains ongoing.

8. To date, no depositions have taken place.

9. On November 4, 2025, against this backdrop, the parties met and conferred regarding the Class Certification Scheduling Order. Plaintiffs requested, and Mr. Cooper agreed, to further extend the deadlines in the Class Certification Scheduling Order. Specifically, subject to Court approval, Plaintiffs proposed extending the Motion for Class Certification deadline to 90 days after the Court issues an order on the pending Motion to Compel (Dkt. 142), with a commensurate extension of all other deadlines to retain the cadence of the existing Class Certification Scheduling Order.

10. Good cause exists to amend the Class Certification Scheduling Order to facilitate administration of the case and conserve the Court's and the parties' resources, given Plaintiffs' pending Motion to Compel and the complexity of this putative class action. The parties would benefit from a decision on the pending Motion to Compel, which will inform the scope of class certification discovery, before briefing class certification, preparing supporting expert reports, and taking 30(b)(6) depositions. The ruling will also conserve party resources and create judicial efficiencies by potentially reducing the number of depositions. Moreover, amending the case schedule to allow the parties time to resolve any outstanding party and third-party discovery disputes will overall promote the interests of justice, efficiency, and conservation of resources.

11. While this is Plaintiffs' second request to modify the Class Certification Scheduling Order, this is the parties' first joint request to do so.

12. Accordingly, the parties propose amending the Class Certification Scheduling Order as follows:

| Event | Current Deadline (Dkt. 141) | Proposed New Deadline |
|---|---|---|
| Deadline for Plaintiffs to serve Motion for Class Certification on Defendants (and any expert reports in support thereof) | November 24, 2025 | 90 days after Order on pending Motion to Compel (Dkt. 142, filed 9/11/25) |
| Class Certification Discovery Closes | March 30, 2026 | 126 days after Plaintiffs serve Motion for Class Certification |
| Deadline for Defendants to serve Opposition to Motion for Class Certification on Plaintiffs (and any expert reports in support thereof) | April 14, 2026 | 141 days after Plaintiffs serve Motion for Class Certification |
| Deadline for Plaintiffs to serve Reply in Support of Class Certification (and any rebuttal experts in support thereof) | May 14, 2026 | 171 days after Plaintiffs serve Motion for Class Certification |
| Class Certification Briefing Submission Date | May 29, 2026 | 186 days after Plaintiffs serve Motion for Class Certification |

WHEREFORE, the parties respectfully request that the Court enter an order amending the Class Certification Scheduling Order as set forth herein.

Dated: November 6, 2025

Respectfully Submitted,

By: /s/ *Bruce W. Steckler*
Bruce W. Steckler
Texas Bar No. 00785039
STECKLER WAYNE & LOVE, PLLC
12720 Hillcrest Suite 1045

Dallas, TX 75230
Tel: (972) 387-4040
bruce@swclaw.com

Joe Kendall
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek, Suite 825
Dallas, TX 75219
Tel.: (214) 744-3000
Fax: (877) 744-3728
jkendall@kendalllawgroup.com

*Co-Plaintiffs' Local Counsel*

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Tanner J. Edwards (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
tanner@stuevesiegel.com

Gary M. Klinger (*pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: 866-252-0878
gklinger@milberg.com

John A. Yanchunis
Texas Bar No. 22121300
MORGAN & MORGAN
COMPLEX LITIGATION
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

*Interim Co-Lead Counsel*

5

By: /s/ *W. Kyle Tayman*
   W. Kyle Tayman (*pro hac vice*)
   Goodwin Procter LLP
   ktayman@goodwinlaw.com
   1900 N Street, NW
   Washington, DC 20036
   T. 202.346.4245
   F. 202.204.7309

   Allison J. Schoenthal (*pro hac vice*)
   Allison M. Funk (*pro hac vice*)
   Goodwin Procter LLP
   The New York Times Building
   620 Eighth Avenue
   New York, New York, 10018
   T. 212.459.7183
   F. 212.937.3850
   aschoenthal@goodwinlaw.com
   afunk@goodwinlaw.com

   Thomas G. Yoxall
   Texas Bar No. 00785304
   Tom.Yoxall@troutman.com
   Roger B. Cowie
   Texas Bar No. 00783886
   Roger.Cowie@troutman.com
   M. Taylor Levesque
   Texas Bar No. 24107296
   Taylor.Levesque@troutman.com
   TROUTMAN PEPPER LOCKE
   2200 Ross Avenue, Suite 2800
   Dallas, Texas 75201
   Telephone: (214) 740-8000
   Facsimile: (214) 740-880

   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on November 6, 2025 upon all counsel of record via the Court's Electronic Case Filing system.

<u>/s/ Bruce W. Steckler</u>