UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER CABEZAS *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>    Defendants. | Civil Action No. 3:23-CV-2453-N |

**ORDER GRANTING JOINT MOTION TO MODIFY CLASS**
**CERTIFICATION SCHEDULING ORDER**

Having considered the parties' Joint Motion to Modify Class Certification Scheduling Order (the "Motion"), and for good cause shown, the Court hereby GRANTS the Motion.

The Class Certification Scheduling Order is modified as follows:

| **Event** | **Prior Deadline (Dkt. 141)** | **New Deadline** |
|---|---|---|
| Deadline for Plaintiffs to serve Motion for Class Certification on Defendants (and any expert reports in support thereof) | November 24, 2025 | 90 days after Order on pending Motion to Compel (Dkt. 142, filed 9/11/25) |
| Class Certification Discovery Closes | March 30, 2026 | 126 days after Plaintiffs serve Motion for Class Certification |
| Deadline for Defendants to serve Opposition to Motion for Class Certification on Plaintiffs (and any expert reports in support thereof) | April 14, 2026 | 141 days after Plaintiffs serve Motion for Class Certification |
| Deadline for Plaintiffs to serve Reply in Support of Class Certification (and any rebuttal experts in support thereof) | May 14, 2026 | 171 days after Plaintiffs serve Motion for Class Certification |
| Class Certification Briefing Submission Date | May 29, 2026 | 186 days after Plaintiffs serve Motion for Class Certification |

Signed November 10, 2025.

_David C. Godbey_
David C. Godbey
Senior United States District Judge

1