IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER CABEZAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-02453-N |
| | § | |
| MR. COOPER GROUP INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

It is hereby ORDERED that an expedited telephone conference is scheduled in this case on Monday, March 9, 2026, at 3:00 p.m. CST on Defendant's Motion to Modify the Scheduling Order [164]. Plaintiffs' response to the motion is due on Friday, March 6, 2026, at 12:00 noon.

If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order. Call-in information for the conference call will be emailed to the parties.

Signed August 5, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE