UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER CABEZAS *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>    Defendants. | Civil Action No. 3:23-CV-2453-N |

**AGREED ORDER GRANTING IN PART AND DENYING IN PART MR. COOPER'S MOTION TO MODIFY SCHEDULING ORDER TO ACCOMMODATE DEPOSITIONS OF NAMED DEFENDANTS**

This Order addresses Mr. Cooper's Motion to Modify Scheduling Order (the "Motion," ECF. No. 164). Having considered the Motion, the Court hereby **GRANTS** the Motion in part and **DENIES** the Motion in part and **ORDERS** that:

Section 4.d of the Class Certification Scheduling Order is modified as follows regarding class certification discovery:

1. Number of Depositions

    a. Mr. Cooper may depose all twenty-two (22) named Plaintiffs and each expert relied on by Plaintiffs at class certification; and

    b. Plaintiffs may depose each expert relied on by Mr. Cooper in opposition to class certification and up to five (5) additional fact witnesses or third-party witnesses in addition to Mr. Cooper's experts and the three (3) witnesses Plaintiffs already deposed during class discovery.

1

2. Amount of Deposition Hours:

    a. Plaintiffs and Mr. Cooper may take up to seven (7) hours of record time per expert witness;

    b. Mr. Cooper may take up to one-hundred (100) hours of record time total, including up to three (3) hours of record time per named Plaintiff;

    c. Plaintiffs may take up to five (5) hours of record time per fact witness; and

    d. Plaintiffs and Mr. Cooper may take up to five (5) hours of record time per third-party witness.

3. The parties may by written agreement alter the limitations in this order, without the need for court order.

Signed March 16, 2026.

_____
David C. Godbey
Senior United States District Judge

**AGREED:**

By: /s/ *Benjamin Stueve*

Joe Kendall
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek, Suite 825
Dallas, TX 75219
Tel.: (214) 744-3000
Fax: (877) 744-3728
jkendall@kendalllawgroup.com

Bruce W. Steckler
Texas Bar No. 00785039
STECKLER WAYNE & LOVE, PLLC
12720 Hillcrest Suite 1045
Dallas, TX 75230
Tel: (972) 387-4040
bruce@swclaw.com

*Co-Plaintiffs' Local Counsel*

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Tanner J. Edwards (*pro hac vice*)
Benjamin Stueve (*pro hac vice)*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
tanner@stuevesiegel.com

Gary M. Klinger (*pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: 866-252-0878
gklinger@milberg.com

John A. Yanchunis
Texas Bar No. 22121300
MORGAN & MORGAN

3

COMPLEX LITIGATION
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

*Interim Co-Lead Counsel*

By: /s/ *W. Kyle Tayman*
W. Kyle Tayman (*pro hac vice*)
Christina Hennecken (*pro hac vice*)
Goodwin Procter LLP
ktayman@goodwinlaw.com
1900 N Street, NW
Washington, DC 20036
T. 202.346.4245
F. 202.204.7309

Allison J. Schoenthal (*pro hac vice*)
Molly L. Leiwant (*pro hac vice*)
Allison M. Funk (*pro hac vice*)
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York, 10018
T. 212.459.7183
F. 212.937.3850
aschoenthal@goodwinlaw.com
afunk@goodwinlaw.com

Thomas G. Yoxall
Texas Bar No. 00785304
Tom.Yoxall@troutman.com
Roger B. Cowie
Texas Bar No. 00783886
Roger.Cowie@troutman.com
M. Taylor Levesque
Texas Bar No. 24107296
Taylor.Levesque@troutman.com
TROUTMAN PEPPER LOCKE
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-880

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on March 12, 2026 upon all counsel of record via the Court's Electronic Case Filing system.

*/s/ W. Kyle Tayman*
W. Kyle Tayman
