## UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JENNIFER CABEZAS *et al.*, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>       Defendants. | Civil Action No. 3:23-CV-2453-N |

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CLASS CERTIFICATION SCHEDULING ORDER

Having considered Plaintiffs' Unopposed Motion to Modify Class Certification Scheduling Order (the "Motion"), and for good cause shown, the Court hereby GRANTS the Motion.

The Class Certification Scheduling Order is modified as follows:

| Event | Prior Deadline (Dkt. 163) | New Deadline |
|---|---|---|
| Deadline for Defendants to serve Opposition to Motion for Class Certification on Plaintiffs (and any expert reports in support thereof) | August 20, 2026 | September 3, 2026 |
| Class Certification Discovery Closes | August 5, 2026 | September 25, 2026 |
| Deadline for Plaintiffs to serve Reply in Support of Class Certification (and any rebuttal experts in support thereof) | September 21, 2026 | November 2, 2026 |
| Class Certification Briefing Submission Date | October 5, 2026 | November 23, 2026. |

Signed June 26, 2026.

David C. Godbey
Senior United States District Judge