**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| JENNIFER CABEZAS *et al.*, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>        Defendants. | Civil Action No. 3:23-CV-2453-N |

## JOINT STIPULATION INFORMING COURT OF STATUS OF RELATED CASE

Plaintiffs and Defendants Mr. Cooper Group, Inc. and Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper") jointly submit this stipulation to inform the Court of the status of *Snyder et al. v. Mr. Cooper Group Inc. et al.*, No. 26-ST-CV-20480, which Plaintiffs' counsel filed in the Superior Court of the State of California, Los Angeles County on June 26, 2026  (the "*Snyder* Action").  *See* Notice of Related Case (ECF No. 201, the "Notice").  The Parties respectfully state as follows:

1.      On June 26, 2026, Plaintiffs' counsel filed the *Snyder* Action in the Superior Court of the State of California for Los Angeles County.

2.      On July 2, 2026, Plaintiffs' counsel filed a Notice of Related Case (ECF No. 201) notifying the Court that the *Snyder* Action arises from the same underlying data breach at issue in this case and is on behalf of a putative California subclass alleging a claim under the California Consumer Privacy Act.

3.     Mr. Cooper intends to remove the *Snyder* Action to the United States District Court for the Central District of California.

4.     On July 13, 2026, the Parties agreed that after Mr. Cooper files its Notice of Removal, the parties will seek a stay in the *Snyder* Action pending a ruling on class certification in this case.

5.     Nothing in this stipulation or the agreed-upon stay of the *Snyder* Action shall constitute a waiver of, or otherwise prejudice, any Party's rights with respect to jurisdiction, remand, or any other procedural or substantive defense, or otherwise constitute consent to or ratification of jurisdiction, removal, or remand. All such rights and arguments are expressly preserved.

Dated: August 4, 2026

By: _/s/ W. Kyle Tayman_
**W. Kyle Tayman** (*pro hac vice*)
ktayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
T. 202.346.4245
F. 202.204.7309

**Allison J. Schoenthal** (*pro hac vice*)
aschoenthal@goodwinlaw.com
**Molly L. Leiwant** (*pro hac vice*)
mleiwant@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York, 10018
T. 212.459.7183
F. 212.937.3850

**Thomas G. Yoxall** (No. 00785304)
tyoxall@lockelord.com
**Roger B. Cowie** (No. 00783886)
rcowie@lockelord.com
**M. Taylor Levesque** (No. 24107296)
Taylor.levesque@lockelord.com
**TROUTMAN PEPPER LOCKE**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T. 214.740.8000
F. 214.740.8800

*Attorneys for Defendants*

By: */s/ Joe Kendall*
**Joe Kendall** (No. 11260700)
jkendall@kendalllawgroup.com
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek, Suite 825
Dallas, TX 75219
T. 214.744.3000
F. 877.744.3728

**Bruce W. Steckler** (No. 00785039)
bruce@swclaw.com
**STECKLER WAYNE & LOVE, PLLC**
12720 Hillcrest Suite 1045
Dallas, Texas 75230
T. 972.387.4040

**Norman E. Siegel** (*pro hac vice*)
siegel@stuevesiegel.com
**Benjamin J. Stueve** (*pro hac vice*)
ben.stueve@stuevesiegel.com
**Tanner J. Edwards** (*pro hac vice*)
tanner@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
T. 816.714.7100

**Gary M. Klinger** (*pro hac vice*)
gklinger@milberg.com
**Alexander E. Wolf**  (No. 24134558)
awolf@milberg.com
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
T. 866.252.0878

John A. Yanchunis (No. 22121300)
jyanchunis@forthepeople.com
**MORGAN & MORGAN, P.A.**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
T. 813.275.5272

*Attorneys for Plaintiffs*