**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| JENNIFER CABEZAS *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>Defendants. | Civil Action No. 3:23-CV-2453-N |

**JOINT MOTION TO MODIFY CLASS CERTIFICATION SCHEDULING ORDER**

Plaintiffs Jennifer Cabezas et al. ("Plaintiffs") and Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Mr. Cooper Group Inc. (collectively, "Mr. Cooper"), jointly move this Court for an order extending deadlines in the Class Certification Scheduling Order, as modified by the Court. (Dkt. 199), to incorporate the Parties' submission of *Daubert* motions as to the expert witnesses disclosed during the course of class certification discovery.

1. Pursuant to the Court's Class Certification Scheduling Order (Dkt. 199), Plaintiffs served their Motion for Class Certification and expert reports in support thereof on Mr. Cooper on April 1, 2026; and Mr. Cooper served its Opposition to Plaintiffs' Motion for Class Certification and expert reports in support thereof on Plaintiffs on September 3, 2026. Class certification discovery closed on September 25, 2026.

2. Plaintiffs' deadline to serve their reply in support of their Motion for Class Certification with supporting rebuttal experts is November 2, 2026; and the Parties' deadline to file all Class Certification briefings with the Court is currently November 23, 2026 (the "Submission Date"). (Dkt. 199.)

3. The current Class Certification Scheduling Order does not address *Daubert* motions pertaining to the experts the Parties have disclosed during class certification discovery or provide deadlines for such motions. Through meet and confer discussions in August and September 2026, the Parties have agreed that *Daubert* motions are appropriate at this juncture and agreed to a proposed schedule for such motions, as well as an extension of the Submission Date, as outlined in the table below.

4. Specifically, subject to Court approval, the Parties agree to a simultaneous exchange of omnibus *Daubert* briefing (i.e., one brief per side that contains arguments as to all experts each side is challenging, as opposed to a separate motion regarding each expert) and to

submit them to the Court with the Parties' class certification briefings on an amended Submission Date. The Parties also agree, also subject to Court approval, to the following deadlines for the service of forthcoming *Daubert* motions:

- **Opening Briefs**: November 23, 2026
- **Opposition Briefs**: January 18, 2027
- **Reply Briefs**: February 1, 2027
- **Submission Date (Combined with Class Certification Briefing)**: February 12, 2027

5. Further, the parties have agreed, subject to Court approval, to the following page limits for the omnibus memoranda in support of their *Daubert* motions, taking into account the number of experts disclosed per side (7 for Plaintiffs, 3 for Mr. Cooper):

- **Mr. Cooper's Omnibus *Daubert* Motion**:
  - ***Defendants' Opening Brief:*** 50 pages
  - ***Plaintiffs' Opposition Brief:*** 50 pages
  - ***Defendants' Reply Brief:*** 20 pages
- **Plaintiffs' Omnibus *Daubert* Motion**:
  - ***Plaintiffs' Opening Brief***: 25 pages
  - ***Defendants' Opposition Brief:*** 25 pages
  - ***Plaintiffs' Reply Brief:*** 10 pages

6. Good cause exists to amend the Class Certification Scheduling Order to incorporate a briefing schedule for the Parties' *Daubert* motions. Due to the incorporation of expert witness reports and deposition testimony in the Parties' class certification briefing, the Parties view *Daubert* motions as appropriate at the class certification stage in this case. And, because the Parties' expert reports are submitted in support of and in opposition to the Motion for Class

Certification, the *Daubert* motions are inextricably linked to the class certification proceedings and should be considered in conjunction therewith. Incorporating *Daubert* deadlines into the existing Class Certification Scheduling Order will facilitate the orderly administration of the case, promote judicial efficiency by enabling the Court to evaluate the admissibility of expert testimony alongside the class certification briefing, and conserve the Court's and the Parties' resources by coordinating these related proceedings under a single, unified schedule.

7. Accordingly, the Parties propose amending the Class Certification Scheduling Order as follows:

| **Event** | **Current Deadline (Dkt. 199)** | **Proposed New Deadline** |
|---|---|---|
| Opening *Daubert* Motions | N/A | November 23, 2026 |
| Oppositions to *Daubert* Motions | N/A | January 18, 2027 |
| Replies in Support of *Daubert* Motions | N/A | February 1, 2027 |
| Submission Date | November 23, 2026 | February 12, 2027 |

WHEREFORE, the Parties respectfully request that the Court enter an order amending the Class Certification Scheduling Order as set forth herein.

Dated: October 6, 2026

Respectfully Submitted,

By: */s/ W. Kyle Tayman*

W. Kyle Tayman (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
T. 202.346.4245
F. 202.204.7309
ktayman@goodwinlaw.com

Allison J. Schoenthal (*pro hac vice*)
Allison M. Funk (*pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building

620 Eighth Avenue
New York, New York, 10018
T. 212.459.7183
F. 212.937.3850
aschoenthal@goodwinlaw.com
afunk@goodwinlaw.com

Thomas G. Yoxall (Texas Bar No. 00785304)
Roger B. Cowie (Texas Bar No. 00783886)
M. Taylor Levesque (Texas Bar No. 24107296)
**TROUTMAN PEPPER LOCKE**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-880
Tom.Yoxall@troutman.com
Roger.Cowie@troutman.com
Taylor.Levesque@troutman.com

By: /s/ *Joe Kendall (with permission)*
Joe Kendall (Texas Bar No. 11260700)
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek, Suite 825
Dallas, TX 75219
Tel.: (214) 744-3000
Fax: (877) 744-3728
jkendall@kendalllawgroup.com

Bruce W. Steckler (Texas Bar No. 00785039)
**STECKLER WAYNE & LOVE, PLLC**
12720 Hillcrest Suite 1045
Dallas, TX 75230
Tel: (972) 387-4040
bruce@swclaw.com

*Co-Plaintiffs' Local Counsel*

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Tanner J. Edwards (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

moore@stuevesiegel.com
tanner@stuevesiegel.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: 866-252-0878
gklinger@milberg.com

John A. Yanchunis (Texas Bar No. 22121300)
**MORGAN & MORGAN COMPLEX LITIGATION**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

*Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on October 6, 2026 upon all counsel of record via the Court's Electronic Case Filing system.

/s/ *W. Kyle Tayman*
W. Kyle Tayman