**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

JENNIFER CABEZAS *et al.*, individually and on behalf of others similarly situated,

Plaintiffs,

v.

MR. COOPER GROUP, INC., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,

Defendants.

Civil Action No. 3:23-CV-2453-N

**ORDER GRANTING JOINT MOTION TO MODIFY CLASS CERTIFICATION SCHEDULING ORDER**

Having considered the Parties' Joint Motion to Modify Class Certification Scheduling Order (the "Motion"), and for good cause shown, the Court hereby GRANTS the Motion. The Class Certification Scheduling Order is modified as follows:

| **Event** | **Prior Deadline (Dkt. 199)** | **New Deadline** |
|---|---|---|
| Opening *Daubert* Motions | N/A | November 23, 2026 |
| Oppositions to *Daubert* Motions | N/A | January 18, 2027 |
| Replies in Support of *Daubert* Motions | N/A | February 1, 2027 |
| Class Certification Briefing and *Daubert* Submission Date | November 23, 2026 | February 12, 2027 |

Signed October 19, 2026.

David C. Godbey
Senior United States District Judge